AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.

Esequiel Lozano-Lopez, a/k/a/ Tito - 10

*Defendant*

Case No. 1:19-cr-0017 JMS -TAB

FILED
JAN 2 2 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Esequiel Lozano-Lopez, a/k/a/ Tito                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. § 846.

Date: 1/16/2019

CLERK OF COURT, Laura A. Briggs

BY: *[signature]*
*Deputy Clerk*

City and state:   Indianapolis, Indiana

| Return |
|---|
| This warrant was received on *(date)* 01/17/19, and the person was arrested on *(date)* 01/18/19 at *(city and state)* Indianapolis, IN. |
| Date: 01-22-19               *[signature]* <br> *Arresting officer's signature* <br><br> SA Matt Holbrook <br> *Printed name and title* |