UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:19-cr-0017-JMS-TAB |
| | ) | |
| JORGE TADEO, | ) | - 01 |
| ANTONIA CORTEZ-GONZALEZ, | ) | - 05 |
| NOEL ALARCON-CALDERON, | ) | - 07 |
| MANUEL GUTIERREZ-CARMONA, | ) | - 08 |
| JEANETTE FALCOM, | ) | - 09 |
| ESEQUIEL LOZANO-LOPEZ, | ) | - 10 |
| Defendants. | ) | |

**COURTROOM MINUTE FOR JANUARY 22, 2019**
**HONORABLE DEBRA MCVICKER LYNCH, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the indictment filed on January 16, 2019. Defendants Tadeo, Cortez-Gonzalez, Alarcon-Calderon, Gutierrez-Carmons, and Falcom appeared in person and by FCD counsel Michael Donahoe. Defendant Lozano-Lopez appeared in person and by retained counsel Jorge Rodriquez. Government represented by USA Josh Minkler for AUSA Brad Blackington. USPO represented by Ryan Harrold. Victor Krebs was sworn as the Spanish interpreter.

Financial affidavits approved for Defendants Tadeo, Cortez-Gonzalez, Alarcon-Calderon, Gutierrez-Carmons, and Falcom. Counsel appointed.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **February 5, 2019**.

Defendants Tadeo, Cortez-Gonzalez, Alarcon-Calderon, Gutierrez-Carmons, Falcom, and Lozano-Lopes waived formal arraignment and reading of the indictment.

Government orally moved for pretrial detention as to Defendants Tadeo, Cortez-Gonzalez, Alarcon-Calderon, Gutierrez-Carmons, Falcom, and Lozano-Lopes and a hearing was scheduled.   Defendants Tadeo, Cortez-Gonzalez, Alarcon-Calderon, Gutierrez-Carmons, and Lozano-Lopes waived their right to a detention hearing and defendants ordered detained pending trial.   Detention hearing for Defendant Falcom set for **January 28, 2019 at 2:00 p.m. in courtroom 243** before the criminal duty magistrate judge.

Government moved to unseal this cause of action and the same granted.

Defendants Tadeo, Cortez-Gonzalez, Alarcon-Calderon, Gutierrez-Carmons, Falcom, and Lozano-Lopes remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 1/25/2019

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system